THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 23, 2018



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:
SYLVIA BLANKS

Chapter 13

Case No.: 17-28572-SVK

Debtor

### ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtor filed a motion to modify the plan on June 11, 2018 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtor's June 11, 2018 request to modify confirmed plan.

2. Summary of payments: $565.00 per month for the remainder of the 60-month plan.

#####