THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 24, 2019



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re: | Chapter 13
SYLVIA BLANKS | Case No. 2017-28572-BEH-13

Debtor

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that

the Trustee's motion to dismiss may be denied on the following terms:

1. The Debtor must pay $565.00 monthly, or whatever amount is in any modified plan, to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with February, 2019 and continuing through and including October, 2019.

2. The Trustee may file an affidavit or certification of default and order dismissing this case if the Debtor fails to comply with the deadlines stated above.

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
920.231.2150
Fax 920.231.5713
E-mail info@ch13oshkosh.com

3. The denial of the motion to dismiss is without prejudice to the Trustee filing another motion for any future defaults.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####